NEYERS, Respondent, vs. SEELOW, Defendant: SAMPSON-O'CONNELL, INC., Appellant.

*February 10—March 9, 1937.*

For the appellant there was a brief by *Crawford & Crawford* of Superior, and oral argument by *Raymond A. Crawford*.

For the respondent there was a brief by *Cadigan & Cadigan, John C. Fritschler,* and *John H. Chisholm,* all of Superior, and oral argument by *Mr. Fritschler*.

PER CURIAM. The case is ruled by the decision in *Anderson v. Seelow, ante,* p. 230, 271 N. W. 844. The judgment of the superior court is reversed, and the cause is remanded for further proceedings in accordance with the opinion in that case.